IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION
10TH March 2011

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 14 2011

DAVID J. MALAND, CLERK
BY
DEPUTY

**Basil A Rasheed**
   **Plaintiff**
V.                                                    Case No: CV._____
**Church & Dwight Co., Inc.**
   **Defendant**

# Complaint

  Comes now the Plaintiff, Basil Rasheed, Pro Se. in form of pauper, with the cause of action in light of several correspondence and return from Church & Dwight Co, inc. 469 North Harrison Street, Princeton, NJ 08543-5297

  Irritation, infection while using Trojan- lubricated condom. The life long use of the product dates back to the sales of (2) two in a pack sold in service station bathroom machine's the sale price (50¢) fifty cent. I use for (46) forty six years. My age is (63) yrs. old. Having been a general contractor and use of gloves and paint made of latex. Year after year, why this one incident? There is a first time for everything. Dr, Robert Fry allergic contact dermatitis/ Latex reaction. Reaction Jermatitis "This an allergy to something in contact and chemicals are common causes." "Typically and the reaction is severe blisters may develop" "If signs of infection occur such as spreading," Ectal!!!! W115292576. 04/04/09.

I have no health insurance and no aid from Church & Dwight Co, inc. Spreading from feet to face occurred! I an not well yet! If not for Overton Brooks Va Medical Center, 510 East Stoner Ave. Shreveport, LA 71101. What would I look like at such time? This chemical cooked my testicles and penis.

  This effected my quality of life. Pain at times are intolerable, suffering intolerable, emotional stress, mental anguish, Prominent disfiguring! The pain is to the bone! The 7th Amendment demands the right to trial by jury. Then the 14th Amendment of the United States Constitution. Is the demand for due process of law and equal protection under the law. Fact being Church & Dwight product trojan condom, were sold frequent where men visit. This being bus stations, hotels, motels, in men restrooms, Etc.al.

Once more I do so respectful request the demand of my constitutional right to The 7th Amendment trail by jury is preserved by Fed. R. Civil P.38 Then to the fourteenth Amendment of the United States ratified in 1808. Due process of law, or in denial of equal protection of the laws Ect.al !

In this cause of action it's fact this is a health and citizen issue. Negligence, Etc. al, contributory.

Documents as to plaintiff income is being presented along with the complaint. Social Security direct deposit Commercial National Bank ($608.00) six hundred h and eight dollars, monthly. Food stamps ($89.00) eighty nine dollars, monthly.

Relief:
Damages: Compensatory, Prospective, Punitive in the amount $777,000.00 each.

Where fore: The plaintiff pray the amount sums' requested be granted and the constitution demand of trial by jury as so stated in the 7th Amendment! The 14th Amendment due process of law. Equal protection of the law by this honorable court.

Respectfully Submit

*Basil Rasheed* (signature)
Basil Rasheed
205 Brown Street
Texarkana, TX 75501

Church & Dwight Co. Inc.
469 North Harrison Street
Princeton, NJ. 08543-5297

*Basil Rasheed* (signature)
Signature

Subscribed and sworn to before me this 14th day of March, 2011

My commission Expires: 5/25/14

*Stacey Smallwood* (signature)
Notary Public

STACEY SMALLWOOD
Notary Public
STATE OF TEXAS
My Comm. Exp. May 25, 2014

2